# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTON OMAR MILLER, | Case No. CV 08-5755-PA (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: February 10, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE